UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOE PETER LOSORELLI,<br><br>          **Plaintiff,**<br>   v.<br><br>CAROLYN W. COLVIN,<br>**Acting Commissioner of the Social Security Administration,**<br><br>          **Defendant.** | No. CV 14-1659 AJW<br><br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is reversed, and the matter is remanded to the Commissioner for an award of benefits consistent with the memorandum of decision.

July 16, 2015

_/s/ Andrew J. Wistrich_
ANDREW J. WISTRICH
United States Magistrate Judge