1  Shanny J. Lee, Calif. Bar No. 213599
   Email: shanny.lee@binderlawfirm.com
2  LAW OFFICES OF HARRY J. BINDER
3  AND CHARLES E. BINDER, P.C.
   22320 Foothill Blvd., Suite 230
4  Hayward, CA 94541
5  Telephone:  (510) 342-0065
   Fax:            (510) 783-4149
6

7  Attorneys for Plaintiff
   JOE PETER LOSORELLI
8

9

10          IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12  JOE PETER LOSORELLI,              ) Case No. CV 14-1659 AJW
                                      )
13                                    ) ORDER  AWARDING
           Plaintiff,                 ) ATTORNEY  FEES  UNDER  THE
14                                    ) EQUAL  ACCESS  TO  JUSTICE
           v.                         ) ACT, PURSUANT  TO 28 U.S.C.
15                                    ) § 2412(d), AND COSTS, PURSUANT
16  CAROLYN W. COLVIN,                ) TO 28 U.S.C. § 1920
    Acting Commissioner of Social     )
17   Security,                        )
                                      )
18                                    )
           Defendant.                 )
19  _____ )

20

21      Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice

22  Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under

23  the EAJA in the amount of FIVE THOUSAND SEVENTEEN DOLLARS AND FIFTY-EIGHT

24  CENTS ($5,017.58), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED

25  DOLLARS ($400.00), subject to the terms of the Stipulation, to include the United States

26  Department of the Treasury's Offset program pursuant to Astrue v. Ratliff, 130 S. Ct. 2521

27  (2010).  Any payment shall be delivered to Plaintiff's counsel.

28

                                      _____
28  July 05, 2016                          Andrew J. Wistrich
                                          United States Magistrate Judge